# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STEPHEN WINTON,<br><br>　　　　*Plaintiffs,*<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>　　　　*Defendant.* | § § § § § § § § § §　CIVIL ACTION NO. 2:23-cv-00438-JRG |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Stephen Winton ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant"). (Dkt. No. 22.) In the Stipulation, the parties stipulate to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorney's fees and costs. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 31st day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE